1  Alison M. Crane, SBN 197359
   Mark W. Allen, SBN 293155
2  **BLEDSOE, DIESTEL, TREPPA & CRANE LLP**
   601 California Street, 16th Floor
3  San Francisco, California 94108-2805
   Telephone:  (415) 981-5411
4  Facsimile:   (415) 981-0352
   acreane@bledsoelaw.com
5  mallen@bledsoelaw.com

6
   Attorneys for Defendants MARK GE ZHANG, JEFFREY
7  QING-HE ZHANG, OLYMPIA XIAO FEI DAI,
   NELSON ZHANG aka NELSON CHEUNG

8
                     **UNITED STATES DISTRICT COURT**
9
                     **NORTHERN DISTRICT OF CALIFORNIA**
10

11
| YENEFER FERNANDO AGUILAR and DILIA CASTRO, CHRISTOPHER AGUILAR CASTRO, by and through his guardian ad litem DILIA CASTRO,<br><br>Plaintiffs,<br><br>v.<br><br>MARK GE ZHANG, JEFFREY QING-HE ZHANG, OLYMPIA XIAO FEI DAI, NELSON ZHANG aka NELSON CHEUNG, and DOES 1-50, Inclusive,<br><br>Defendants. | San Francisco Superior Court Case No. CGC-18-570353<br><br>**DEFENDANTS MARK GE ZHANG, JEFFREY QING-HE ZHANG, OLYMPIA XIAO FEI DAI, NELSON ZHANG aka NELSON CHEUNG'S NOTICE OF REMOVAL**<br><br>Complaint Filed in San Francisco Superior Court: October 5, 2018<br><br>Complaint Served on Defendants: January 4, 2019 |
|---|---|

# NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, 1446, Defendants Mark Ge Zhang, Jeffrey Qing-He Zhang, Olympia Xiao Fei Dai, and Nelson Zhang aka Nelson Cheung (hereinafter, collectively, "Defendants") by and through their attorneys, remove to this Court the action titled *Yenefer Fernando Aguilar v. Mark Ge Zhang*, et al., Case No. CGC-18-570353 (hereinafter, the "Action"), which was originally filed in the Superior Court of the State of California for the County of San Francisco.

## BACKGROUND

1. On October 5, 2018, Plaintiffs Yenefer Fernando Aguilar, Dilia Castro, and Christopher Aguilar Castro, by and through his guardian ad litem Dilia Castro, initiated the instant Action by filing their Complaint in San Francisco County Superior Court.

2. Process was served on Defendant Olympia Xiao Fei Dai, who is Defendant Mark Zhang and Nelson Cheung's elderly mother, on January 4, 2019.

3. Process was served on Defendant Mark Ge Zhang on January 17, 2019.

4. Process was served on Defendant Jeffrey Qing-He Zhang on January 17, 2019.

5. As of the date of filing this Notice of Removal, Defendant Nelson Zhang aka Nelson Cheung has not been served with process in this Action.

6. All Defendants consent to the removal of this action.

7. This Notice of Removal is timely filed because Defendants' Notice is filed with this Court within 30 days after Defendants' receipt of a copy of Plaintiff's initial pleading setting forth Plaintiffs' claim for relief and within 30 days after the service of summons upon Defendants, pursuant to 28 U.S.C. § 1446. This filing contains all process, pleadings, and orders served on Defendants in this action. *Id*.

8. Removal to the Northern District of California is proper because this District includes the City and County of San Francisco, California. 28 U.S.C. § 1441(a); see 28 U.S.C. § 84(a) (indicating that San Francisco County is included in the Northern

**DEFENDANTS MARK GE ZHANG, JEFFREY QING-HE ZHANG, OLYMPIA XIAO FEI DAI, NELSON ZHANG aka NELSON CHEUNG'S NOTICE OF REMOVAL**

District of California).

9. Defendants will file a copy of this Notice of Removal with the clerk of the Superior Court of the State of California, County of San Francisco, and will serve a copy on Plaintiffs pursuant to 28 U.S.C. § 1446(d).

## REMOVAL BASED ON FEDERAL QUESTION JURISDICTION

10. This matter is properly removed to this Court pursuant to 28 U.S.C. § 1441 because this case concerns the Residential Lead-Based Paint Hazard Reduction Act of 1992, enumerated in 42 U.S.C. § 4852d (sixth cause of action), such that original jurisdiction lies in this Court under 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the . . . laws . . . of the United States").

11. This Court has supplemental jurisdiction over the remaining causes of action alleged in the Action—for breach of the covenant of quiet enjoyment (first cause of action); violation of San Francisco Administrative Code section 37.9 (second cause of action); breach of the warranty of habitability (third cause of action); nuisance (fourth cause of action); negligence (fifth cause of action); violation of San Francisco Administrative Code section 37.10B (seventh cause of action); unfair business practices (eighth cause of action); negligent hiring and supervision (ninth cause of action); excessive rent charges (tenth cause of action); violation of California Civil Code section 1942.4 (eleventh cause of action); and violation of Civil Code section 1942.5 (twelfth cause of action)—as they are so related to Plaintiff's claim for violation of 42 U.S.C. § 4852d that they form part of the same case or controversy. 28 U.S.C. § 1367.

12. Defendants deny the allegations contained in Plaintiff's complaint, and, by filing this notice of removal, Defendants do not intend to waive, and hereby reserve, any objections as to venue, the legal sufficiency of the claims alleged in the Action, and all other defenses. Defendants reserve the right to supplement and amend this notice of removal.

13. Defendants respectfully request that this Court assumes jurisdiction over

1  this matter and grant Defendants such other and further relief as this Court deems just and
2  proper.

3  Dated:  January 29, 2019        **BLEDSOE, DIESTEL, TREPPA & CRANE LLP**

By:  */s/ Alison M. Crane*
   Alison M. Crane
   Mark W. Allen
   Attorneys for Defendants MARK GE ZHANG, JEFFREY QING-HE ZHANG, OLYMPIA XIAO FEI DAI, NELSON ZHANG AKA NELSON CHEUNG

- 3 -

**DEFENDANTS MARK GE ZHANG, JEFFREY QING-HE ZHANG, OLYMPIA XIAO FEI DAI, NELSON ZHANG aka NELSON CHEUNG'S NOTICE OF REMOVAL**