# EXHIBIT B

Alison M. Crane, SBN 197359
Mark W. Allen, No. 293155
**BLEDSOE, DIESTEL, TREPPA & CRANE LLP**
601 California Street, 16th Floor
San Francisco, California 94108-2805
Telephone:   (415) 981-5411
Facsimile:    (415) 981-0352
acrane@bledsoelaw.com
mallen@bledsoelaw.com

Attorneys for Defendants MARK GE ZHANG, JEFFREY QING-HE ZHANG, OLYMPIA XIAO FEI DAI, NELSON ZHANG AKA NELSON CHEUNG

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| YENEFER FERNANDO AGUILAR and DILIA CASTRO, CHRISTOPHER AGUILAR CASTRO, by and through his guardian ad litem DILIA CASTRO,<br><br>Plaintiffs,<br><br>v.<br><br>MARK GE ZHANG, JEFFREY QING-HE ZHANG, OLYMPIA XIAO FEI DAI, NELSON ZHANG aka NELSON CHEUNG, and DOES 1-50, Inclusive,<br><br>Defendants. | San Francisco Superior Court<br>Case No. CGC-18-570353<br><br>**NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT**<br><br>Complaint Filed: October 5, 2018 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that a Notice of Removal of this action was filed in the United States District Court for the Northern District of California on January 29, 2019.

A copy of the said Notice of Removal is attached to this Notice and is served and filed herewith.

Dated:  January 29, 2019        **BLEDSOE, DIESTEL, TREPPA & CRANE LLP**

By: _____
Alison M. Crane
Mark W. Allen
Attorneys for Defendants MARK GE ZHANG, JEFFREY QING-HE ZHANG, OLYMPIA XIAO FEI DAI, NELSON ZHANG AKA NELSON CHEUNG