# EXHIBIT C

| Attorney or Party without Attorney:<br>STEPHEN L. COLLIER, ESQ., Bar #124887<br>TENDERLOIN HOUSING CLINIC, INC.<br>126 HYDE STREET<br>SAN FRANCISCO, CA 94102<br>Telephone No: 415-771-9850    FAX No: 415-771-1287 | | For Court Use Only<br><br>ELECTRONICALLY<br>**F I L E D**<br>Superior Court of California,<br>County of San Francisco<br>**01/18/2019**<br>Clerk of the Court<br>BY: EDNALEEN ALEGRE<br>Deputy Clerk |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>San Francisco County Superior Court-Unlimited Jurisdiction | | |
| Plaintiff: YENIFER FERNANDO AGUILAR; ET AL | | |
| Defendant: MARK GE ZHANG; ET AL | | |

| PROOF OF SERVICE<br>SUMMONS | Hearing Date:<br>Wed, Mar. 06, 2019 | Time:<br>10:30AM | Dept/Div:<br>610 | Case Number:<br>CGC-18-570353 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons And Complaint; Civil Case Cover Sheet; Notice To Plaintiff; Mediation Services; Adr Information Package; Judicial Mediation Program; Expedited Jury Trial Information Sheet; Blank Stipulation To Adr; Blank Case Management Statement; Statement Of Damages (X3)

3. a. Party served: MARK GE ZHANG
   b. Person served: See Item 5.b.

4. Address where the party was served: 1875-25TH AVENUE
   SAN FRANCISCO, CA 94122

5. I served the party:
   b. **by substituted service**. On: Thu., Jan. 17, 2019 at: 8:53PM I left the documents listed in item 2 with or in the presence of:
   "JANE DOE" (Asian, Female, 60's Years Old, Black Hair, 5 Feet 3 Inches, 110 Pounds)
   (2) **(Home)** Member Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Fri., Jan. 18, 2019 from: BURLINGAME, CA 94010
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TIMOTHY J. ANDERSON            d. **The Fee for Service was:**
   b. ABC LEGAL INVESTIGATIONS        e. I am: (3) registered California process server
      a division of A&A Legal Service Inc   (i) Employee
      1390 MARKET ST., SUITE 200      (ii) Registration No.: 311
      SAN FRANCISCO, CA 94102         (iii) County: San Mateo
   c. (415)982-3416, FAX (650)697-4640   (iv) Expiration Date: Sat, Jun. 29, 2019

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, Jan. 18, 2019

*(signed)* (TIMOTHY J. ANDERSON)

Judicial Council Form POS-010       PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS                                stcol.4252

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| STEPHEN L. COLLIER, ESQ., Bar #124887<br>TENDERLOIN HOUSING CLINIC, INC.<br>126 HYDE STREET<br>SAN FRANCISCO, CA  94102 | |
| Telephone No: 415-771-9850    FAX: No: 415-771-1287 | |
| Attorney for: Plaintiff    Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>San Francisco County Superior Court-Unlimited Jurisdiction | |
| Plaintiff: YENIFER FERNANDO AGUILAR; ET AL | |
| Defendant: MARK GE ZHANG; ET AL | |

| DECLARATION OF REASONABLE DILIGENCE | Hearing Date:<br>Wed, Mar. 06, 2019 | Time:<br>10:30am | Dept/Div:<br>610 | Case Number:<br>CGC-18-570353 |
|---|---|---|---|---|

1. I, TIMOTHY J. ANDERSON, and any employee or independent contractors retained by ABC LEGAL INVESTIGATIONS are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant MARK GE ZHANG as follows:

2. Documents:   SUMMONS AND COMPLAINT; CIVIL CASE COVER SHEET; NOTICE TO PLAINTIFF; MEDIATION SERVICES; ADR INFORMATION PACKAGE; JUDICIAL MEDIATION PROGRAM; EXPEDITED JURY TRIAL INFORMATION SHEET; BLANK STIPULATION TO ADR; BLANK CASE MANAGEMENT STATEMENT; STATEMENT OF DAMAGES (X3).

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 01/04/19 | 6:28pm | Home | THE SUBJECT WAS NOT IN PER OLYMPIA. Attempt made by: TIMOTHY J. ANDERSON. Attempt at: 1875-25TH AVENUE  SAN FRANCISCO, CA 94122. |
| Mon | 01/07/19 | 7:03pm | Home | NO ANSWER, ALL DARK Attempt made by: TIMOTHY J. ANDERSON. Attempt at: 1875-25TH AVENUE  SAN FRANCISCO, CA 94122. |
| Sat | 01/12/19 | 10:20am | Home | NO ANSWER. Attempt made by: TIMOTHY J. ANDERSON. Attempt at: 1875-25TH AVENUE  SAN FRANCISCO, CA 94122. |
| Sun | 01/13/19 | 9:08am | Home | NO ANSWER. Attempt made by: TIMOTHY J. ANDERSON. Attempt at: 1875-25TH AVENUE  SAN FRANCISCO, CA 94122. |
| Thu | 01/17/19 | 8:53pm | Home | SUBSTITUTED SERVICE WAS MADE ON "JANE DOE" Attempt made by: TIMOTHY J. ANDERSON. Attempt at: 1875-25TH AVENUE  SAN FRANCISCO, CA 94122. |

3. Person Executing
   a. TIMOTHY J. ANDERSON
   b. ABC LEGAL INVESTIGATIONS
      a division of A&A Legal Service Inc
      1390 MARKET ST., SUITE 200
      SAN FRANCISCO, CA  94102
   c. (415)982-3416, FAX (650)697-4640

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was:
   e. I am:   (3) registered California process server
      (i)   Employee
      (ii)  Registration No.:   311
      (iii) County:   San Mateo
      (iv)  Expiration Date:   Sat, Jun. 29, 2019

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Fri, Jan. 18, 2019

                                                    _____
                                                           (TIMOTHY J. ANDERSON)

                                                                       7719850.4252

DECLARATION OF REASONABLE DILIGENCE

| Attorney or Party without Attorney: <br> STEPHEN L. COLLIER, ESQ., Bar #124887 <br> TENDERLOIN HOUSING CLINIC, INC. <br> 126 HYDE STREET <br> SAN FRANCISCO, CA 94102 <br> Telephone No: 415-771-9850    FAX No: 415-771-1287 | | For Court Use Only <br> ELECTRONICALLY <br> **FILED** <br> Superior Court of California, <br> County of San Francisco <br> **01/18/2019** <br> Clerk of the Court <br> BY:EDNALEEN ALEGRE <br> Deputy Clerk |
|---|---|---|
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: <br> San Francisco County Superior Court-Unlimited Jurisdiction | | |
| Plaintiff: YENIFER FERNANDO AGUILAR; ET AL | | |
| Defendant: MARK GE ZHANG; ET AL | | |

| PROOF OF SERVICE SUMMONS | Hearing Date: Wed, Mar. 06, 2019 | Time: 10:30AM | Dept/Div: 610 | Case Number: CGC-18-570353 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons And Complaint; Civil Case Cover Sheet; Notice To Plaintiff; Mediation Services; Adr Information Package; Judicial Mediation Program; Expedited Jury Trial Information Sheet; Blank Stipulation To Adr; Blank Case Management Statement; Statement Of Damages (X3)

3. a. Party served:        JEFFREY QING-HE ZHANG
   b. Person served:       See Item 5.b.

4. Address where the party was served:   1875-25TH AVENUE
                                         SAN FRANCISCO, CA 94122

5. I served the party:
   b. **by substituted service.** On: Thu., Jan. 17, 2019 at: 8:53PM I left the documents listed in item 2 with or in the presence of:
      "JANE DOE", (Asian, Female, 60's Years Old, Black Hair, 5 Feet 3 Inches, 110 Pounds)
   (2) **(Home)** Member Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Fri., Jan. 18, 2019 from: BURLINGAME, CA 94010
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TIMOTHY J. ANDERSON                     d. *The Fee for Service was:*
   b. ABC LEGAL INVESTIGATIONS                e. I am: (3) registered California process server
      a division of A&A Legal Service Inc          (i)  Employee
      1390 MARKET ST., SUITE 200                   (ii) *Registration No.:*    311
      SAN FRANCISCO, CA 94102                      (iii) *County:*            San Mateo
   c. (415)982-3416, FAX (650)697-4640             (iv) *Expiration Date:*    Sat, Jun. 29, 2019

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Mon, Jan. 07, 2019

                                                              /s/ Timothy J. Anderson
                                                              (TIMOTHY J. ANDERSON)

Judicial Council Form POS-010                PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007          SUMMONS                                            stcol.4253

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| STEPHEN L. COLLIER, ESQ., Bar #124887<br>TENDERLOIN HOUSING CLINIC, INC.<br>126 HYDE STREET<br>SAN FRANCISCO, CA  94102 | |
| Telephone No: 415-771-9850    FAX: No: 415-771-1287 | |
| Attorney for: Plaintiff | Ref. No or File No.: |
| Insert name of Court, and Judicial District and Branch Court:<br>San Francisco County Superior Court-Unlimited Jurisdiction | |
| Plaintiff: YENIFER FERNANDO AGUILAR; ET AL | |
| Defendant: MARK GE ZHANG; ET AL | |

| DECLARATION OF REASONABLE DILIGENCE | Hearing Date:<br>Wed, Mar. 06, 2019 | Time:<br>10:30am | Dept/Div:<br>610 | Case Number:<br>CGC-18-570353 |
|---|---|---|---|---|

1. I, TIMOTHY J. ANDERSON, and any employee or independent contractors retained by ABC LEGAL INVESTIGATIONS are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JEFFREY QING-HE ZHANG as follows:

2. Documents:  SUMMONS AND COMPLAINT; CIVIL CASE COVER SHEET; NOTICE TO PLAINTIFF; MEDIATION SERVICES; ADR INFORMATION PACKAGE; JUDICIAL MEDIATION PROGRAM; EXPEDITED JURY TRIAL INFORMATION SHEET; BLANK STIPULATION TO ADR; BLANK CASE MANAGEMENT STATEMENT; STATEMENT OF DAMAGES (X3).

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 01/04/19 | 6:28pm | Home | THE SUBJECT WAS NOT IN PER OLYMPIA. Attempt made by: TIMOTHY J. ANDERSON. Attempt at: 1875-25TH AVENUE SAN FRANCISCO, CA 94122. |
| Mon | 01/07/19 | 7:03pm | Home | NO ANSWER, ALL DARK Attempt made by: TIMOTHY J. ANDERSON. Attempt at: 1875-25TH AVENUE SAN FRANCISCO, CA 94122. |
| Sat | 01/12/19 | 10:20am | Home | NO ANSWER. Attempt made by: TIMOTHY J. ANDERSON. Attempt at: 1875-25TH AVENUE SAN FRANCISCO, CA 94122. |
| Sun | 01/13/19 | 9:08am | Home | NO ANSWER. Attempt made by: TIMOTHY J. ANDERSON. Attempt at: 1875-25TH AVENUE SAN FRANCISCO, CA 94122. |
| Thu | 01/17/19 | 8:53pm | Home | SUBSTITUTED SERVICE WAS MADE ON "JANE DOE" Attempt made by: TIMOTHY J. ANDERSON. Attempt at: 1875-25TH AVENUE SAN FRANCISCO, CA 94122. |

3. Person Executing
   a. TIMOTHY J. ANDERSON
   b. ABC LEGAL INVESTIGATIONS
      a division of A&A Legal Service Inc
      1390 MARKET ST., SUITE 200
      SAN FRANCISCO, CA  94102
   c. (415)982-3416, FAX (650)697-4640

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was:
e. I am:  (3) registered California process server
   (i)  Employee
   (ii) Registration No.: 311
   (iii) County: San Mateo
   (iv) Expiration Date: Sat, Jun. 29, 2019

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Mon, Jan. 07, 2019

*(signature)*
(TIMOTHY J. ANDERSON)

7719850.4253

DECLARATION OF REASONABLE DILIGENCE

| Attorney or Party without Attorney:<br>STEPHEN L. COLLIER, ESQ., Bar #124887<br>TENDERLOIN HOUSING CLINIC, INC.<br>126 HYDE STREET<br>SAN FRANCISCO, CA 94102<br>Telephone No: 415-771-9850   FAX No: 415-771-1287<br>Ref. No. or File No.:<br>Attorney for: Plaintiff | For Court Use Only<br><br>ELECTRONICALLY<br>FILED<br>Superior Court of California,<br>County of San Francisco<br>01/08/2019<br>Clerk of the Court<br>BY: NEYL WEBB<br>Deputy Clerk |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
San Francisco County Superior Court-Unlimited Jurisdiction

*Plaintiff:* YENIFER FERNANDO AGUILAR; ET AL
*Defendant:* MARK GE ZHANG; ET AL

| **PROOF OF SERVICE**<br>**SUMMONS** | Hearing Date:<br>Wed, Mar. 06, 2019 | Time:<br>10:30AM | Dept/Div:<br>610 | Case Number:<br>CGC-18-570353 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT; CIVIL CASE COVER SHEET; NOTICE TO PLAINTIFF; MEDIATION SERVICES; ADR INFORMATION PACKAGE; JUDICIAL MEDIATION PROGRAM; EXPEDITED JURY TRIAL INFORMATION SHEET; BLANK STIPULATION TO ADR; BLANK CASE MANAGEMENT STATEMENT; STATEMENT OF DAMAGES (X3)

3. a. Party served:        OLYMPIA XIAO FEI DEI
   b. Person served:    party in item 3.a. (Asian, Female, 70's Years Old, Black Hair, 5 Feet 6 Inches, 125 Pounds)

4. Address where the party was served:    1875-25TH AVENUE
                                           SAN FRANCISCO, CA 94122

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Jan. 04, 2019 (2) at: 6:28PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                             Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TIMOTHY J. ANDERSON                     d. *The Fee* for Service was:
   b. **ABC LEGAL INVESTIGATIONS**            e. I am: (3) registered California process server
      a division of A&A Legal Service Inc          (i)   Employee
      1390 MARKET ST., SUITE 200                   (ii)  Registration No.:    311
      SAN FRANCISCO, CA 94102                      (iii) County:              San Mateo
   c. (415)982-3416, FAX (650)697-4640             (iv)  Expiration Date:     Sat, Jun. 29, 2019

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Jan. 07, 2019

                                                              *[signature]*
                                                              (TIMOTHY J. ANDERSON)

Judicial Council Form POS-010            PROOF OF SERVICE                                    stcol.4254
Rule 2.150.(a)&(b) Rev January 1, 2007       SUMMONS