1  Alison M. Crane, SBN 197359
   Mark W. Allen, No. 293155
2  **BLEDSOE, DIESTEL, TREPPA & CRANE LLP**
   601 California Street, 16th Floor
3  San Francisco, California 94108-2805
   Telephone:   (415) 981-5411
4  Facsimile:   (415) 981-0352
5  acrane@bledsoelaw.com
   mallen@bledsoelaw.com
6
   Attorneys for Defendants MARK GE ZHANG, JEFFREY
7  QING-HE ZHANG, OLYMPIA XIAO FEI DAI, NELSON
   ZHANG AKA NELSON CHEUNG
8
   **UNITED STATES DISTRICT COURT**
9
   **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YENEFER FERNANDO AGUILAR and DILIA CASTRO, CHRISTOPHER AGUILAR CASTRO, by and through his guardian ad litem DILIA CASTRO,<br><br>Plaintiffs,<br><br>v.<br><br>MARK GE ZHANG, JEFFREY QING-HE ZHANG, OLYMPIA XIAO FEI DAI, NELSON ZHANG aka NELSON CHEUNG, and DOES 1-50, Inclusive,<br><br>Defendants. | Case No.  3:19-cv-00560<br><br>**PROOF OF SERVICE** |

Case No. 3:19-cv-00560

**PROOF OF SERVICE**

*Aguilar, et al. v. Zhang, et al.*
USDC-N. Dist. Case No. 3:19-cv-00560

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 601 California Street, 16th Floor, San Francisco, California 94108-2805. On the date indicated below, I caused to be served the following document(s):

**CONSENTING TO THE JURISDICTION OF A MAGISTRATE JUDGE (BROCHURE)**

upon the following at the address(es) stated below:

| | |
|---|---|
| STEPHEN L. COLLIER, ESQ.<br>TENDERLOIN HOUSING CLINIC, INC.<br>126 Hyde Street, 2nd Floor<br>San Francisco, CA 94102 | Attorney for Plaintiffs Yenifer Fernando Aguilar, Dilia Castro, and Christopher Aguilar Castro<br>Telephone: (415) 771-9850<br>Facsimile: (415) 771-1287<br>E-mail: steve@thclinic.org |

**XXX** **BY MAIL** I enclosed the document(s) in a sealed envelope or package, with postage thereon fully prepaid, addressed to the persons at the addresses as set forth above, and placed the envelope for collection and mailing, following ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on February 7, 2019, at San Francisco, California.

VALERIE STEVENSON