Alison M. Crane, SBN 197359
Mark W. Allen, SBN 293155
**BLEDSOE, DIESTEL, TREPPA & CRANE LLP**
601 California Street, 16th Floor
San Francisco, California 94108-2805
Telephone:   (415) 981-5411
Facsimile:   (415) 981-0352
acrane@bledsoelaw.com
mallen@bledsoelaw.com

Attorneys for Defendants MARK GE ZHANG, JEFFREY QING-HE ZHANG, OLYMPIA XIAO FEI DAI, NELSON ZHANG AKA NELSON CHEUNG

Stephen L. Collier, Esq., SBN 124887
**TENDERLOIN HOUSING CLINIC**
126 Hyde Street
San Francisco, CA 94102
Telephone:   (415) 771-9850
Facsimile:   (415) 771-1287

Attorneys for Plaintiffs YENEFER FERNANDO AGUILAR and DILIA CASTRO, CHRISTOPHER AGUILAR CASTRO, by and through his guardian ad litem DILIA CASTRO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YENEFER FERNANDO AGUILAR and DILIA CASTRO, CHRISTOPHER AGUILAR CASTRO, by and through his guardian ad litem DILIA CASTRO,<br><br>Plaintiffs,<br><br>v.<br><br>MARK GE ZHANG, JEFFREY QING-HE ZHANG, OLYMPIA XIAO FEI DAI, NELSON ZHANG aka NELSON CHEUNG, and DOES 1-50, Inclusive,<br><br>Defendants. | Case Number: 4:19-cv-00560-HSG<br><br>**ORDER ON PARTIES' STIPULATION TO REMAND REMOVED ACTION** |

# ORDER

On March 8, 2019, the Parties to the above-referenced Action filed a Stipulation to Remand Removed Action.  The Court, having reviewed that stipulation, and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. Northern District of California case number 4:19-cv-00560, titled YENEFER FERNANDO AGUILAR, DILIA CASTRO, CHRISTOPHER AGUILAR CASTRO, by and through his guardian ad litem DILIA CASTRO v. MARK GE ZHANG, JEFFREY QING-HE ZHANG, OLYMPIA XIAO FEI DAI, and NELSON ZHANG aka NELSON CHEUNG, and DOES 1-50, inclusive, is hereby remanded to San Francisco County Superior Court.

**IT IS SO ORDERED.**

Dated: March 11, 2019

THE HON. HAYWOOD S. GILLIAM, JR.
FEDERAL DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA